473 A.2d 666

Commonwealth v. Clay, Appellant.

Submitted
May 4, 1983. William L. Kinsley, for appellant; Jane Cutler

590

Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, CIRILLO and HOFFMAN, JJ.

Affirmed.